**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICALYN FORD, RICHARD ISMACH, and RICHELLE STROMAN, on behalf of themselves and all others similarly situated,** | : | **CIVIL ACTION NO. 1:23-CV-505** |
| | : | **(Judge Conner)** |
| **Plaintiffs** | : | |
| **v.** | : | |
| **NRA GROUP, LLC d/b/a NATIONAL RECOVERY AGENCY,** | : | |
| **Defendant** | : | |

**ORDER**

AND NOW, this 16th day of June, 2023, upon consideration of defendant's offer of judgment as to plaintiff Richelle Stroman, (see Doc. 6-1), as well as Stroman's written notice of acceptance of same, (see Doc. 6), both of which conform to Federal Rule of Civil Procedure 68, see FED. R. CIV. P. 68(a), and in view of Rule 68's mandatory operation under these circumstances, see id., it is hereby ORDERED that:

1. The Clerk of Court shall enter judgment against defendant and in favor of plaintiff Richelle Stroman in the amount of $1,001.00.

2. Stroman shall be entitled to all permissible costs incurred and reasonable statutory attorneys' fees incurred in pursing the claims against defendant in this action prior to the expiration of this offer, the total amount to be determined by the court upon application by plaintiff or by agreement of the parties.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania