AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Pennsylvania

Ford et al
*Plaintiff*
v.
NRA Group, LLC
*Defendant*

Civil Action No. 1:23-CV-505

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* ______________________ recover from the defendant *(name)* ______________________ the amount of ______________________ dollars ($ ________ ), which includes prejudgment interest at the rate of ________ %, plus post judgment interest at the rate of ________ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______________________ recover costs from the plaintiff *(name)* ______________________

☑ other: Judgment is ENTERED against defendant and in favor of plaintiff Richelle Stroman in the amount of $1,001.00.

❒ tried by a jury with Judge ______________________ presiding, and the jury has rendered a verdict.

❒ tried by Judge ______________________ without a jury and the above decision was reached.

☑ decided by Judge Christopher C. Conner

Order filed June 16, 2023 (Doc 7)

Date: June 16, 2023

*CLERK OF COURT*

/s/ M. Walker, Deputy Clerk
*Signature of Clerk or Deputy Clerk*